

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
11 JUN 20 PM 3: 15

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: NICHOLSON, THOMAS L.  ) Case No. 07-35604
NICHOLSON, MICHELLE A.
) Chapter 7

Debtor(s).  ) Judge: RICHARD L. SPEER

## TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

   Claim #2    First Funds                              $264.71
               240 W. 35th St., 16th Flr.
               New York, NY  10001-2506

2. Your Trustee's check for $264.71 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date  6/17/2011

John N. Graham, Trustee